Jack Anthony Ricci, Ricci & Giepert, New Orleans, LA, for Defendants–Appellees.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose ANTUNES–AGUIRRE, Defendant–Appellant.**

No. 07–10631
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 14, 2009.

John E. Kull, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James G. Walker, Dallas, TX, Federal Correctional Institution Seagoville, Seagoville, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Antunes–Aguirre has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Antunes–Aguirre has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.